UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-16478 |
| ARNOLD LEE EINBINDER AND | ) | |
| DEANNA SYDNE EINBINDER | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause comes before the Court on the Motion for Relief from the Automatic Stay of Nationstar Mortgage, LLC ("Nationstar"), as servicer for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-1, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee, all parties in interest with respect to the real property located at 632 N. County Street, Waukegan, IL 60085 (the "Premises") having received notice and the Court being fully advised:

It is Hereby Ordered that the Automatic Stay is modified to permit Nationstar to exercise its rights under applicable state law as to the Premises, including but not limited to foreclosure; and

It is Further Ordered that the 14 day stay pursuant to Federal Rule of Bankruptcy Procedure 4001 is waived.

Enter:

Dated: OCT 0 3 2014

United States Bankruptcy Judge

**Prepared by:**
Evan Lincoln Moscov, ARDC No. 6278081
Weinstein, Pinson & Riley, P.S.
469 W. Huron Street, Suite 1701
Chicago, IL 60654
Telephone: (312) 255-7996
Email: EvanM@w-legal.com

Rev: 20130103_bko