UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: <br> Arnold Lee Einbinder and Deanna Sydne Einbinder <br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:  14-16478 <br><br> Chapter: 13 <br> Honorable A. Benjamin Goldgar |

**Order Confirming Plan**

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 35, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified by the 11 U.S.C. section 541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  November 14, 2014