UNITED STATES BANKRUPTCY COURT

Northern District Of Illinois

| | |
|---|---|
| IN RE: | CASE NO: 1416478 |
| ARNOLD L EINBINDER and DEANNA S EINBINDER | CHAPTER 13 |
| Debtor (s) | |

**NOTICE OF CLAIM SATISFACTION**

As to Claim 3 filed on 06/26/2014, Wells Fargo Financial National Bank ("Wells Fargo") files this notice that its claim has been satisfied and the Debtor(s) have no further liability as to this claim.  Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee.

/s/ Cecilia Shelton
Cecilia Shelton
Bankruptcy Specialist
Wells Fargo Financial National Bank
PO Box 10438
Des Moines, IA 50306-0438
1-877-455-9946